JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 12-194-JST (JPRx)                                    Date:  March 13, 2012
Title:  Ann M. Riggione v. Victoria's Secret et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

|   Nancy Boehme   | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

  Not Present                                                                      Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER REMANDING CASE TO ORANGE COUNTY SUPERIOR COURT, CASE NO. 30-2011 00532929**

On February 6, 2012, Defendant Victoria's Secret Stores, LLC ("Victoria's Secret") removed this action from Orange County Superior Court to federal court on the basis of diversity jurisdiction.  (Notice of Removal, Doc. 1.)  On February 17, 2012, the Court issued an order to show cause why this case should not be remanded for lack of subject matter jurisdiction.  (Order to Show Cause, Doc. 5.)  On March 7, 2012, Victoria's Secret responded that the amount in controversy is exactly $75,000 and conceded that diversity jurisdiction does not exist.  *See* 28 U.S.C. § 1332(a).  (Response to Order to Show Cause, Doc. 10.)  Accordingly, the Court REMANDS this case to the Orange County Superior Court, Case No. 30-2011 00532929.

                                                                            Initials of Preparer:  nkb